IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

MARCELL SIMMONS                                                                              PLAINTIFF

VS.                                                                         CIVIL ACTION NO.4:07cv3-JCS

SANDRA ATWOOD, et al.                                                                   DEFENDANTS

## FINAL JUDGMENT

In accordance with this court's opinion and order of this date, judgment is hereby entered for Defendants and against Plaintiff.

SO ORDERED AND ADJUDGED, this the 26th day of September, 2008.

/s/ James C. Sumner
UNITED STATES MAGISTRATE JUDGE